LISA HOGAN, ESQ. (*pro hac vice* forthcoming)
lhogan@bhfs.com
BROWNSTEIN HYATT FABER SCHRECK LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Facsimile: 303.23.1111

TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants Area 15 Las Vegas LLC and Area 15 Global LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE JARAMILLO, III, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, a Delaware Limited Liability Company, AREA 15 GLOBAL LLC, a Delaware Limited Liability Company, ARNOLD FISHER, an Individual, KENNETH FISHER, an Individual, STEVEN FISHER, an Individual, WINSTON FISHER, an Individual, FISHER BROTHERS MANAGEMENT CO. LLC, a New York Limited Liability Company, FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, a New York Limited Liability Company, and DOES 1-50 Inclusive,<br><br>*Defendant*. | CASE NO.: 2:21-cv-00891-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff GEORGE JARAMILLO, III ("Plaintiff"), by and through his undersigned counsel of record, the law firms of Brown, Clark, Le, Ames, Stedman & Cevallos LLP and Kaplan Cottner, and Defendants AREA 15 LAS VEGAS LLC ("Area 15 LV") and AREA 15 GLOBAL LLC ("Area 15 Global") (together, "Defendants"), by and through their undersigned counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate to an extension of time to

1

22736629.2

respond to the Complaint, pursuant to FRCP 6(b) and LR IA 6-1, as set forth below:

1. On May 6, 2021, Plaintiff GEORGE JARAMILLO, III ("Plaintiff") filed his Complaint in this Court against Defendants and other named parties. *See generally* ECF No. 1.

2. On May 10, 2021, Area 15 LV and Area 15 Global were each served with a Summons and the Complaint. *See generally* ECF Nos. 6-7.

3. Defendants' deadline to respond to the Complaint is June 1, 2021. *See generally* FRCP 12(a)(1)(A)(i).

4. This Court may extend the deadline to respond to the Complaint for good cause. *See* FRCP 6(b)(1).

5. There is good cause to grant an extension of 30 days' time to respond to the Complaint. Both counsel for Defendants, Lisa Hogan and Travis F. Chance, are in the midst of preparing for and participating in trials. Ms. Hogan has a jury trial beginning in Denver District Court, on Friday, June 4, 2021, Case Number 2020CV32175, for which she has been preparing over the last several weeks. Mr. Chance began a bench trial in the Eighth Judicial District Court, Clark County Nevada, Case Number A-19-795091-B, on May 10, 2021, which was suspended on May 28, 2021 and will be continued for a third week on a date to be determined but most likely resuming June 7, 2021. Due to counsel's unavoidable trial schedules, an extension to respond to the Complaint will allow them further opportunity to more fully evaluate and investigate the Complaint's 102 factual allegations and prepare the proper response thereto.

6. The instant request is timely, as the deadline for Defendants to respond to the Complaint is June 1, 2021. *See* FRCP 6(b)(2) (only requiring an analysis of excusable neglect where extension sought after expiration of the deadline); LR IA 6-1(a) (same).

7. This is Defendants' first request for an extension of time to respond to the Complaint.

8. Defendants expressly reserve any and all defenses available to them, including, but not limited to, those set forth in FRCP 12(b)(1)-(7).

9. The parties make the instant request in good faith and without any intent to delay these proceedings.

22736629.2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Based on the foregoing, Plaintiff and Defendants stipulate to a 30 day extension of time for Defendants to respond to the Complaint, through and including July 1, 2021.

DATED this 1st day of June, 2021.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAPLAN COTTNER |
|---|---|
| BY: */s/ Travis F. Chance*<br>LISA HOGAN, ESQ. (*pro hac vice* forthcoming)<br>lhogan@bhfs.com<br>TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800<br>tchance@bhfs.com<br><br>*Attorneys for Defendants Area 15 Las Vegas LLC and Area 15 Global LLC* | BY: */s/ Kory L. Kaplan*<br>KORY L. KAPLAN, ESQ.<br>Email: kory@kaplancottner.com<br>850 E. Bonneville Ave.<br>Las Vegas, Nevada 89101<br>Telephone: (702) 381-8888<br>Facsimile: (702) 832-5559<br><br>BROWN, CLARK, LE, AMES, STEDMAN & CEVALLOS LLP<br>Edwin B. Brown (*pro hac vice* pending)<br><br>*Attorneys for Plaintiff George Jaramillo, III* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated June 4, 2021

3

22736629.2