1  LISA HOGAN, ESQ. (admitted *pro hac vice*)
   lhogan@bhfs.com
2  BROWNSTEIN HYATT FABER SCHRECK LLP
   410 17th Street, Suite 2200
3  Denver, CO 80202
   Telephone: 303.223.1100
4  Facsimile: 303.23.1111

5  TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
   tchance@bhfs.com
6  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
7  Las Vegas, NV  89106-4614
   Telephone:  702.382.2101
8  Facsimile:   702.382.8135

9  *Attorneys for Defendants Area 15 Las Vegas LLC, Area 15*
   *Global LLC, Arnold Fisher, Kenneth Fisher, Steven Fisher,*
10 *and Winston Fisher, Fisher Brothers Management Co. LLC,*
   *Fisher Brothers Financial and Development Company LLC*

11
                    **UNITED STATES DISTRICT COURT**
12
                         **DISTRICT OF NEVADA**
13

14  GEORGE JARAMILLO, II, an individual,      CASE NO.:  2:21-cv-00891-RFB-BNW

15          *Plaintiff,*
                                             **STIPULATION AND ORDER FOR**
16  v.                                       **EXEMPTION FROM REQUIREMENT TO**
                                             **APPEAR AT EARLY NEUTRAL**
17  AREA 15 LAS VEGAS LLC, a Delaware        **EVALUATION**
    Limited Liability Company, AREA 15
18  GLOBAL LLC, a Delaware Limited           **(FIRST REQUEST)**
    Liability Company, ARNOLD FISHER, an
19  Individual, KENNETH FISHER, an
    Individual, STEVEN FISHER, an
20  Individual, WINSTON FISHER, an
    Individual, FISHER BROTHERS
21  MANAGEMENT CO. LLC, a New York
    Limited Liability Company, FISHER
22  BROTHERS FINANCIAL AND
    DEVELOPMENT COMPANY LLC, a
23  New York Limited Liability Company, and
    DOES 1-50 Inclusive,
24
            *Defendant.*

25          Plaintiff GEORGE JARAMILLO, II ("*Plaintiff*"), by and through his undersigned counsel

26  of record, the law firms of Brown, Clark, Le, Ames, Stedman & Cevallos LLP and Kaplan Cottner,

27  and Defendants AREA 15 LAS VEGAS LLC, AREA 15 GLOBAL LLC, ARNOLD FISHER

28  ("*Arnold*"), KENNETH  FISHER  ("*Kenneth*"),  STEVEN  FISHER  ("*Steven*"),  WINSTON

                                    1

FISHER ("***Winston***," and together with Arnold, Kenneth, and Steven, the "***Fisher Individuals***"), FISHER BROTHERS MANAGEMENT CO. LLC, and FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC (collectively, "***Defendants***"), by and through their undersigned counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate to exempt the Fisher Individuals from appearing at the Early Neutral Evaluation ("***ENE***"), pursuant to LR 16-6(e) and this Court's Order Setting ENE (ECF No. 23), as set forth below:

1. On May 6, 2021, Plaintiff filed his Complaint in this Court against Defendants. *See generally* ECF No. 1.

2. On August 2, 2021, Arnold, Kenneth, and Steven (and the Fisher company Defendants), filed a Motion to Dismiss for Lack of Personal Jurisdiction Under FRCP 12(b)(2). *See* ECF No. 21.

3. On August 2, 2021, all Defendants also filed a Motion to Dismiss for Failure to State a Claim Under FRCP 12(b)(6). *See* ECF No. 22.

4. Concurrently with submitting the instant stipulation, the parties are submitting a separate stipulation to allow Plaintiff further time to respond to the above motions.

5. On August 2, 2021, this Court set the ENE for October 20, 2021, at 1:00 p.m. *See* ECF No. 23.

6. LR 16-6(e) and this Court's Order Setting ENE require the attendance of all parties, unless exempted by this Court.

7. The parties have agreed to exempt the Fisher Individuals from attending the ENE, as the remaining company Defendants will be present by and through appropriate representatives that will have the necessary settlement authority, as required by this Court.

8. The Defendants contend that exempting the Fisher Individuals is particularly appropriate since Arnold, Kenneth, and Steven have sought dismissal on grounds of personal jurisdiction.

9. The instant request is timely, as the first deadline to request exemption from personal appearance at the ENE is August 17, 2021. *See* ECF No. 23, at 2:3-4.

10. This is the Defendants' first request for an exemption from appearing at the ENE.

2

11.     The parties make the instant request in good faith and without any intent to delay these proceedings.

Based on the foregoing, Plaintiff and Defendants stipulate that the Fisher Individuals need not personally appear at the ENE in this case.

DATED 11th  day of August, 2021.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAPLAN COTTNER |
|---|---|
| BY: */s/ Travis F. Chance*_____ <br> LISA HOGAN, ESQ. (admitted *pro hac vice*) <br> lhogan@bhfs.com <br> TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800 <br> tchance@bhfs.com | BY: */s/ Kory L. Kaplan*_____ <br> KORY L. KAPLAN, ESQ. <br> Email: kory@kaplancottner.com |
| *Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Arnold Fisher, Kenneth Fisher, Steven Fisher, and Winston Fisher, Fisher Brothers Management Co. LLC, Fisher Brothers Financial and Development Company LLC* | BROWN, CLARK, LE, AMES, STEDMAN & CEVALLOS LLP <br> Edwin B. Brown (admitted *pro hac vice*) <br><br> *Attorneys for Plaintiff George Jaramillo, II* |

The Fisher individuals must be available by telephone for the duration of the ENE.

IT IS SO ORDERED.

Dated August 12, 2021

_____
UNITED STATES MAGISTRATE JUDGE