1  LISA HOGAN, ESQ. (admitted *pro hac vice*)
   lhogan@bhfs.com
2  BROWNSTEIN HYATT FABER SCHRECK LLP
   410 17th Street, Suite 2200
3  Denver, CO 80202
   Telephone: 303.223.1100
4  Facsimile: 303.23.1111

5  TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
   tchance@bhfs.com
6  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
7  Las Vegas, NV  89106-4614
   Telephone:  702.382.2101
8  Facsimile:   702.382.8135

9  *Attorneys for Defendants Area 15 Las Vegas LLC, Area 15
   Global LLC, Arnold Fisher, Kenneth Fisher, Steven Fisher,*
10 *and Winston Fisher, Fisher Brothers Management Co. LLC,*
   *Fisher Brothers Financial and Development Company LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE JARAMILLO, II, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, a Delaware Limited Liability Company, AREA 15 GLOBAL LLC, a Delaware Limited Liability Company, ARNOLD FISHER, an Individual, KENNETH FISHER, an Individual, STEVEN FISHER, an Individual, WINSTON FISHER, an Individual, FISHER BROTHERS MANAGEMENT CO. LLC, a New York Limited Liability Company, FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, a New York Limited Liability Company, and DOES 1-50 Inclusive,<br><br>*Defendant*. | CASE NO.:  2:21-cv-00891-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [ECF NO. 21] AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |

Plaintiff GEORGE JARAMILLO, II ("*Plaintiff*"), by and through his undersigned counsel of record, the law firms of Brown, Clark, Le, Ames, Stedman & Cevallos LLP and Kaplan Cottner, and Defendants AREA 15 LAS VEGAS LLC, AREA 15 GLOBAL LLC, ARNOLD FISHER ("*Arnold*"), KENNETH FISHER ("*Kenneth*"), STEVEN FISHER ("*Steven*"), WINSTON

1

23125542.1

FISHER ("**Winston**," and together with Arnold, Kenneth, and Steven, the "**Fisher Individuals**"), FISHER BROTHERS MANAGEMENT CO. LLC, and FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC (collectively, "**Defendants**"), by and through their undersigned counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate to extend the time for filing their Replies in Support of their two pending Motions to Dismiss, as set forth below:

1. On May 6, 2021, Plaintiff filed his Complaint in this Court against Defendants. *See generally* ECF No. 1.

2. On August 2, 2021, Arnold, Kenneth, and Steven (and the Fisher company Defendants), filed a Motion to Dismiss for Lack of Personal Jurisdiction Under FRCP 12(b)(2). *See* ECF No. 21.

3. On August 2, 2021, all Defendants also filed a Motion to Dismiss for Failure to State a Claim Under FRCP 12(b)(6). *See* ECF No. 22.

4. On September 15, 2021, Plaintiff filed his Oppositions to the above two Motions, making Defendants' Replies in Support thereof due on September 22, 2021.

5. The parties have agreed to allow Defendants further time to file their Replies in Support of the above Motions.

6. This Court may extend this for good cause.

7. There is good cause to grant an extension of time to reply to the oppositions to the above Motions to Dismiss, as Defendants' counsel has several previously scheduled depositions set for next week and the Motions and Oppositions are lengthy, substantive, and raise issues that this Court would benefit from having adequately briefed.

8. The instant request is timely, as the deadline for Defendants to file their Replies is September 22, 2021.

9. This is Defendants' first request for an extension of time to file their replies in support of the above Motions to Dismiss.

10. The parties make the instant request in good faith and without any intent to delay these proceedings.

2

23125542.1

1  Based on the foregoing, Plaintiff and Defendants stipulate to a 30-day extension of time for
2  Defendants to file replies in support of the above Motions to Dismiss, through and including
3  October 22, 2021.

4  DATED 15th day of September, 2021.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAPLAN COTTNER |
|---|---|
| BY: */s/ Travis F. Chance* <br> LISA HOGAN, ESQ. (admitted *pro hac vice*) <br> lhogan@bhfs.com <br> TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800 <br> tchance@bhfs.com <br><br> *Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Arnold Fisher, Kenneth Fisher, Steven Fisher, and Winston Fisher, Fisher Brothers Management Co. LLC, Fisher Brothers Financial and Development Company LLC* | BY: */s/ Kory L. Kaplan* <br> KORY L. KAPLAN, ESQ. <br> Email: kory@kaplancottner.com <br><br> BROWN, CLARK, LE, AMES, STEDMAN & CEVALLOS LLP <br> Edwin B. Brown (admitted *pro hac vice*) <br><br> *Attorneys for Plaintiff George Jaramillo, II* |

IT IS SO ORDERED.



RICHARD E. BOULWARE, II
United States District Court

DATED this 16th day of September, 2021.

23125542.1