# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE JARAMILLO, II,<br><br>    Plaintiff,<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00891-RFB-BNW<br><br>**Order** |

On August 3, 2021, the Court set this case for an early neutral evaluation on October 20, 2021. Docket No. 23. The Court ordered the parties to submit settlement briefs no later than October 13, 2021 and set out a specific list of requirements for information that was to be included in the briefing. *Id*. at 2, 3. In violation of the Court's order, the parties failed to include the required information; therefore, the Court ordered them to submit amended evaluation statements no later than October 18, 2021, at 10:00 a.m. *See* Docket No. 33.

The Court has now received and reviewed both parties' amended statements. The Court declines to invest further resources to hold the early neutral evaluation as the parties' statements make clear that doing so would be futile. *Cf.* Local Rule 16-6(c) (the evaluating magistrate judge may exempt any case from the ENE program).

Accordingly, the Court hereby **VACATES** the early neutral evaluation set for October 20, 2021.

IT IS SO ORDERED.

Dated: October 18, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE