LISA HOGAN, ESQ. (admitted *pro hac vice*)
lhogan@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Facsimile: 303.223.1111

TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Fisher Brothers Management Co. LLC, Fisher Brothers Financial and Development Company LLC, and Winston Fisher*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE JARAMILLO, II, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, a Delaware Limited Liability Company, AREA 15 GLOBAL LLC, a Delaware Limited Liability Company, KENNETH FISHER, an Individual, STEVEN FISHER, an Individual, WINSTON FISHER, an Individual, FISHER BROTHERS MANAGEMENT CO. LLC, a New York Limited Liability Company, FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, a New York Limited Liability Company, and DOES 1-50 Inclusive,<br><br>*Defendant*. | CASE NO.:  2:21-cv-00891-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

25754858

Plaintiff GEORGE JARAMILLO, II ("Plaintiff"), by and through his undersigned counsel of record, and Defendants AREA 15 LAS VEGAS LLC ("Area 15 LV"), AREA 15 GLOBAL LLC ("Area 15 Global") (together with Area 15 LV, the "Area 15 Entities"), FISHER BROTHERS MANAGEMENT CO. LLC ("FBMC"), FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC ("FFDC") (together with FBMC, the "Fisher Entities"), and WINSTON FISHER ("Winston") (collectively, the "Defendants"), by and through their undersigned counsel of record, in accordance with the settlement agreement between the parties, hereby stipulate and agree to the dismissal of Plaintiff's claims WITH PREJUDICE, with each side to bear its own fees and costs.

DATED this 15th day of June, 2023.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAPLAN YOUNG |
| BY: */s/ Travis F. Chance*<br>LISA HOGAN, ESQ. (admitted *pro hac vice*)<br>lhogan@bhfs.com<br>TRAVIS F. CHANCE, ESQ.<br>tchance@bhfs.com<br>EMILY L. DYER, ESQ.<br>edyer@bhfs.com<br>CHELSEE C. JENSEN, ESQ.<br>cjensen@bhfs.com | BY: */s/ Kory L. Kaplan*<br>KORY L. KAPLAN, ESQ.<br>Email: kory@kaplanyoung.com<br><br>BROWN, CLARK, LE, AMES, STEDMAN & CEVALLOS LLP<br>Edwin B. Brown (admitted *pro hac vice*)<br><br>*Attorneys for Plaintiff George Jaramillo, II* |

*Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Fisher Brothers Management Co. LLC, Fisher Brothers Financial and Development Company LLC, and Winston Fisher*

**THE COURT**, having reviewed the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the Second Amended Complaint and Plaintiff's claims therein are hereby dismissed WITH PREJUDICE, with each side to bear its own fees and costs.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated _____

2

25754858