1  LISA HOGAN, ESQ. (admitted *pro hac vice*)
    lhogan@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK LLP
    410 17th Street, Suite 2200
3  Denver, CO 80202
    Telephone: 303.223.1100
4  Facsimile: 303.223.1111

5  TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
    tchance@bhfs.com
6  EMILY L. DYER, ESQ., Nevada Bar No. 14512
    edyer@bhfs.com
7  CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
    cjensen@bhfs.com
8  BROWNSTEIN HYATT FARBER SCHRECK, LLP
    100 North City Parkway, Suite 1600
9  Las Vegas, NV  89106-4614
    Telephone:  702.382.2101
10 Facsimile:   702.382.8135

11 *Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Fisher Brothers Management Co. LLC, Fisher Brothers Financial and Development Company LLC, and Winston Fisher*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE JARAMILLO, II, an individual, | CASE NO.:  2:21-cv-00891-RFB-BNW |
| *Plaintiff*, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| AREA 15 LAS VEGAS LLC, a Delaware Limited Liability Company, AREA 15 GLOBAL LLC, a Delaware Limited Liability Company, KENNETH FISHER, an Individual, STEVEN FISHER, an Individual, WINSTON FISHER, an Individual, FISHER BROTHERS MANAGEMENT CO. LLC, a New York Limited Liability Company, FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, a New York Limited Liability Company, and DOES 1-50 Inclusive, | |
| *Defendant*. | |

25754858

Plaintiff GEORGE JARAMILLO, II ("Plaintiff"), by and through his undersigned counsel of record, and Defendants AREA 15 LAS VEGAS LLC ("Area 15 LV"), AREA 15 GLOBAL LLC ("Area 15 Global") (together with Area 15 LV, the "Area 15 Entities"), FISHER BROTHERS MANAGEMENT CO. LLC ("FBMC"), FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC ("FFDC") (together with FBMC, the "Fisher Entities"), and WINSTON FISHER ("Winston") (collectively, the "Defendants"), by and through their undersigned counsel of record, in accordance with the settlement agreement between the parties, hereby stipulate and agree to the dismissal of Plaintiff's claims WITH PREJUDICE, with each side to bear its own fees and costs.

DATED this 15th day of June, 2023.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

BY: /s/ Travis F. Chance
LISA HOGAN, ESQ. (admitted *pro hac vice*)
lhogan@bhfs.com
TRAVIS F. CHANCE, ESQ.
tchance@bhfs.com
EMILY L. DYER, ESQ.
edyer@bhfs.com
CHELSEE C. JENSEN, ESQ.
cjensen@bhfs.com

*Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Fisher Brothers Management Co. LLC, Fisher Brothers Financial and Development Company LLC, and Winston Fisher*

KAPLAN YOUNG

BY: /s/ Kory L. Kaplan
KORY L. KAPLAN, ESQ.
Email: kory@kaplanyoung.com

BROWN, CLARK, LE, AMES, STEDMAN
& CEVALLOS LLP
Edwin B. Brown (admitted *pro hac vice*)

*Attorneys for Plaintiff George Jaramillo, II*

**THE COURT**, having reviewed the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the Second Amended Complaint and Plaintiff's claims therein are hereby dismissed WITH PREJUDICE, with each side to bear its own fees and costs.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated   June 16, 2023

25754858